Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXKHAN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MACKSON, INC.; et al., <br><br> Defendants. | Case No.: CV-16-00611-ODW-AFM <br> *Honorable Otis D. Wright II Presiding* <br><br> **PLAINTIFF'S NOTICE OF DISMISSAL OF A CERTAIN PARTY** |

1

1  TO THE HONORABLE COURT, ALL PARTIES, AND THEIR
2  ATTORNEYS OF RECORD:
3  PLEASE TAKE NOTICE THAT Plaintiff hereby dismisses without prejudice
4  the following Defendant pursuant to Fed. R. Civ. P. §41(a)(1)(A)(i):
5  A.   A & E STORES, INC., a New York Corporation d/b/a STRAWBERRY.
6  The action will continue as to the remaining parties.
7                                                  Respectfully submitted,
8
9  Date: April 25, 2016           By:   */s/ Scott A. Burroughs*
                                         Scott A. Burroughs, Esq.
10                                       Trevor W. Barrett, Esq.
                                         Justin M. Gomes, Esq.
11                                       DONIGER / BURROUGHS
12                                       Attorneys for Plaintiff

2