| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Stephen M. Doniger SBN 179314<br>603 ROSE AVE<br>VENICE  CA  90291<br>ATTORNEY FOR (Name)  Plaintiff | (310) 590-1820 | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
TEXKHAN, INC. v. MACKSON, INC.; et al

| 2993426 | (HEARING) Date | Time | Dept | Case Number:<br>2:16-cv-00611-ODW-AFM |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>Texkhan v. Mackson, 16-0611 |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
2. I SERVED COPIES OF THE:
   - SUMMONS & COMPLAINT

3. a. PARTY SERVED: MACKSON, INC., a New York Corporation,
   individually, and d/b/a "DENIM-LICIOUS" and "SHE'S SO COOL"
   b. AMAN LAMBA, CEO

4. ADDRESS: 340 W 1ST AVE
   ROSELLE  NJ  07203

5. I SERVED THE PARTY IN 3A BY SUBSTITUTED SERVICE
   ON  5/3/2026  AT  4:20:00 PM
   b. BY LEAVING THE DOCUMENTS LISTED IN 2 WITH OR IN THE PRESENCE OF:
   ARVINDER KAUR, MANAGER, AUTHORIZED TO ACCEPT,
   PERSON CONFIRMED ENTITY LOCATED AT ADDRESS, INDIAN FEMALE 40+YRS 5'4" 140LBS. BLACK HAIR
   (1) (BUSINESS) A PERSON AT LEAST 18 YEARS OF AGE APPARENTLY IN CHARGE AT THE OFFICE OR USUAL PLACE OF BUSINESS OF THE PERSON TO BE SERVED. I INFORMED HIM OR HER OF THE GENERAL NATURE OF THE PAPERS
   (4) A DECLARATION OF MAILING IS ATTACHED IF REQUIRED
   (5) A DECLARATION OF DILIGENCE IS ATTACHED IF REQUIRED

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   d. ON BEHALF OF: MACKSON, INC., a New York Corporation,
   individually, and d/b/a "DENIM-LICIOUS" and "SHE'S SO COOL"
   AMAN LAMBA, CEO

UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : 416.10 (CORPORATION)

7a. Person Serving: Roger Padilla  Out Of State Process
d. The fee for service was  $152.69
e. I am:
(1) X  not a registered California process server:
(3)  registered California process server:
(i) Independent Contractor

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

(i) Registration No: Not A California
(i) County:  Registered Process Server

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Out Of State Process
   5/4/2016
   16

X _____
SIGNATURE

Form Approved for Optional Use Judicial Council of California
POS-010 [REV Jan 1 2007]

**PROOF OF SERVICE**

CRC 982(A)(23)