MARK D. BRUTZKUS - Bar No. 128102
JEFFREY A. KOBULNICK - Bar No. 228299
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:  (818) 827-9099
Email:    mbrutzkus@brutzkusgubner.com
          jkobulnick@brutzkusgubner.com

Attorneys for Defendant/Cross-Claimant,
**CITI TRENDS, INC.**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXKHAN, INC., a California Corporation, individually and doing business as HYUP SUNG T.R.D., <br><br> Plaintiff, <br><br> v. <br><br> MACKSON, INC., a New York Corporation, individually, and d/b/a/ "DENIM-LICIOUS" and "SHE'S SO COOL"; ROSS STORES, INC., a California Corporation; CITI TRENDS, INC., a Delaware Corporation; A & E STORES, INC., a New York Corporation, individually and d/b/a "STRAWBERRY"; and DOES 1 through 10, <br><br> Defendants. | Case No. CV16-00611 ODW (AFMx) <br><br> **NOTICE OF NON-OPPOSITION TO CROSS_CLAIMANT'S MOTION FOR ENTRY OF DEFAULT AGAINST CROSS-DEFENDANT MACKSON, INC. d/b/a "DENIM-LICIOUS"; DECLARATION OF JEFFREY A. KOBULNICK IN SUPPORT THEREOF** <br><br> Assigned to:  Honorable Otis D. Wright II |
| CITI TRENDS, INC., a Delaware Corporation, <br><br> Cross-Claimant, <br><br> v. <br><br> MACKSON, INC., a New York Corporation, individually, and d/b/a/ "DENIM-LICIOUS" and ROES 1 through 10, inclusive, <br><br> Cross-Defendants. | |

1
NOTICE OF NON-OPPOSITION TO MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST
CROSS-DEFENDANT MACKSON, INC.

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Defendant/Cross-Claimant CITI TRENDS, INC. ("Cross-Claimant") has not received any opposition to its Motion for Entry of Default Judgment Against Cross-Defendant Mackson, Inc. d/b/a "Denim-licious" and d/b/a/ "She's So Cool" (the "Motion") which was filed with this Court on August 16, 2016  [ECF 47].

Cross-Claimant served the Motion and all moving papers on Cross-Defendant Mackson, Inc. on August 18, 2016, as evidenced by the Proof of Service. See the accompanying Declaration of Jeffrey Kobulnick ("Kobulnick Decl.") ¶3 and Exhibit A thereto.  The Motion designated September 19, 2016 as the hearing date for the Motion thus, pursuant to Local Rule 7-9, Mackson's deadline to file opposing papers or statement of non-opposition was August 29, 2016.  No opposition papers or statement of non-opposition has been filed to date. Kobulnick Decl., ¶4.

Accordingly, it is respectfully submitted that all points set forth in the Motion should be taken as undisputed.  *See* Local Rule 7-12; *see also Alipot v. Aurora Loan Servs., LLC*, CV 09-08431 DDP (EX), 2010 WL 365975 (C.D. Cal. Jan. 25,2010); *Pennix v. Gonzalez*, CV 11-8642-JSL RNB, 2013 WL 3967972 (C.D. Cal. July31, 2013) (citing *See Link v. Wabash R.R.*, 370 U.S. 626, 629–30, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962)).

Dated:  September 2, 2016              BRUTZKUS GUBNER


By: /s/ Jeffrey A. Kobulnick
   MARK D. BRUTZKUS
   JEFFREY A. KOBULNICK
   Attorneys for Defendant/Cross-Claimant,
   **CITI TRENDS, INC.**

# DECLARATION OF JEFFREY A. KOBULNICK

I, JEFFREY A. KOBULNICK, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am a partner in the law firm of Brutzkus Gubner, attorneys of record for Defendant/Cross-Claimant, CITI TRENDS, INC. ("Cross-Claimant") in this action. All facts contained herein are within my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. This Declaration is made in support of Cross-Claimant's Notice of Non-Opposition to its Motion for Entry of Default Judgment Against Cross-Defendant Mackson, Inc. d/b/a "Denim-licious" and d/b/a/ "She's So Cool" (the "Motion") which was filed with this Court on August 16, 2016 [ECF 47].

3. My firm caused to have served the Motion and all moving papers on Cross-Defendant Mackson, Inc. on August 18, 2016 via personal service on Gopal Sherme, an adult located at Mackson, Inc.'s business address at 340 W. 1st Avenue Roselle, NJ 07203 who indicated to the process server that he was authorized to accept service of the documents. A true and correct copy of the Proof of Service on Mackson, Inc. is attached hereto as Exhibit A hereto.

4. Mackson has failed to file or serve a response to the Motion and the time period in which it was required to serve its response to the Motion has expired.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 2nd day of September, 2016 at Woodland Hills, California.

By: /s/ Jeffrey A. Kobulnick
JEFFREY A. KOBULNICK

3
NOTICE OF NON-OPPOSITION TO MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST CROSS-DEFENDANT MACKSON, INC.

3295.005\1626736

# EXHIBIT "A"

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | FOR COURT USE ONLY |
|---|---|
| Mark D. Brutzkus [SBN 128102]<br>BRUTZKUS GUBNER ROZANSKY SEROR WEBER<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Tel. (818) 827-9000<br>Attorney(s) for: Citi Trends, Inc.<br>Ref:: 32027611.axh | |
| UNITED STATES DISTRICT COURT<br>FOR THE CENTRAL DISTRICT OF CALIFORNIA | |
| TEXKHAN, INC., etc.<br>v. MACKSON, INC., etc.; et al. | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT | CASE NUMBER:<br>CV16-00611 ODW (AFMx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

- Notice of Motion and Motion for Entry of Default Judgment Against Cross-Defendant Mackson, Inc. d/b/a "Denim-Licious" and d/b/a "She's So Cool"; Declaration of Jeffrey A. Kobulnick in Support Thereof
- [Proposed] Order Granting Default Judgment Against Cross-Defendant Mackson, Inc. d/b/a "Denim-Licious" and d/b/a "She's So Cool" on Cross-Complaint
- Declaration of Jeffrey A. Kobulnick in Support of Cross Claimant's Motion for Default Judgment Against Cross-Defendant Mackson, Inc.

2. a. Party served: MACKSON, INC., a New York Corporation

   b. Person with whom left: GOPAL SHERME

   c. Title or Relationship: Front Desk / Authorized to Accept

   d. Address: 340 W. 1st Avenue
   Roselle, NJ 07203

   e. ☒Business ☐Residence ☐Other

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

   (1) on: August 18, 2016    (2) at: 10:00 AM

4. Person serving:
   KEVIN DUNN
   ASAP Legal Solution
   1607 James M. Wood Blvd.
   Los Angeles, CA 90015
   (213) 252-2000

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: August 29, 2016

Proof of Service complies with CRC 982(a)(23) as required by CCP 417.10

PROOF OF SERVICE